RE: 12-14-00203-CV

TRIAL COURT CASE: 12-1808-D

TWELFTH COURT OF APPEALS

SMITH COUNTY, TEXAS

Appellant, Linda C. Tate

16397 CR 363

Winona, Texas 75792

Tele: (903) 312-7446

Appellee, Larry Donell Reddic Sr.

2806 LaTosha Ln.

Tyler, Texas 75706

Tele: (903) 521-7448

Work: (903) 939-6014

FILED IN COURT OF APPEALS
12th Court of Appeals District
JAN 16 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

## CERTIFICATE OF CONFERENCE

TO THE HONORABLE COURT AND JUDGE IN THIS SUCH MATTER:

Linda C. Tate has complied with the requirement with Local Rule CV-7(h), and has shown in good faith to dissolve this matter with Husband Larry Donell Reddic Sr. which consists of:

1. A personal conference by phone to Larry Donell Reddic Sr. on 1/16/2015. No progress

2. Linda C. Tate asked if Larry Donell Reddic Sr. had legal counsel of record to prevent any violations or not to harass. No progress

3. No appearance of counsel for Larry Donell Reddic Sr. has been sent to Linda C. Tate since 7/2012.

4. No appearance of counsel for Larry Donell Reddic Sr. has been sent to Linda C. Tate, Cynthia Allen, former counsel for Linda C. Tate or the 321st Dist. Court Coordinator Vicki Dunn as of 3/10/2014.

5. Judgment entered on 3/10/2014 for No Evidence Summary Judgment

6. Requested Motions of Linda C. Tate to the 321st Dist. Court on June 3, 2014: were denied

a. For New Trial
b. For leave to File Answer
c. To Reconsider Motion for No Evidence Summary Judgment
d. To Set Aside Final Judgment on No Evidence Summary Judgment Pursuant to Texas Rules of Civil Procedure 306(a)(3)(4)
e. An Expedited Hearing (Prior to June 3rd 2014)

7. Larry Donell Reddic Sr. has shown to Linda C. Tate that due to his noncompliance to this Certificate of Conference, this matter has to be dissolved in the Courts as a Matter of Law.

8. No agreement for conference was affirmed between Linda C. Tate and Larry Donell Reddic Sr. on 1/16/2015 by telephone contact attempt.

9. Linda C. Tate contacted Larry Donell Reddic Sr. to try to set up a conference to dissolve this matter according to Law and Local Rule CV-7(h).

10. Larry Donell Reddic Sr. hung up phone on Linda C. Tate.

11. Larry Donell Reddic Sr. will never comply if it consists of facts, truth and justice being served because of the Crimes Committed by him.

12. No more attempts will be made by Linda C. Tate, she has been denied of her freedom to long as it is according to Law.

13. No Notice of Counsel for Larry Donell Reddic Sr. has been received whether Record of Appearance through the Courts, via first class mail, certified USPS, telephone, or email to Linda C. Tate (Pro Se) as of 1/16/2015.

Prayer, Linda C. Tate hopes that her attempt to Husband Larry Donell Reddic Sr. was in compliance to the Local Rule CV-7(h). Linda C. Tate has made several attempts to husband throughout the years since 2012 after the advice of the Social Security Administration to pursue the dissolution of this marriage matter.

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Cival Procedure on January 16, 2015.

Linda C. Tate (PRO SE)
16397 CR 363
Winona, Texas 75792
Tele: (903) 312-7446
Email:

## AFFIDAVIT FOR: CERTIFICATE OF CONFERENCE

Affiant

SWORN TO SUBSCRIBED before me on the 16th day of January 2015.

Notary Public, State of Texas
Notary's Printed Name Kara Barrett.

My commission expires: 2-10-18 .

KARA BARRETT
Notary Public, State of Texas
My Commission Expires
February 10, 2018